UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DYNAMIC APPLET TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MATTRESS FIRM, INC. and SLEEPY'S, LLC, <br><br> Defendants. | Civil Action No. 4:17-cv-860-ALM-KPJ <br> (Lead) <br><br><br> JURY TRIAL DEMANDED |
| DYNAMIC APPLET TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETSMART, INC., <br><br> Defendant. | Civil Action No. 4:17-cv-861-ALM-KPJ <br> (Consolidated) <br><br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS**

Plaintiff Dynamic Applet Technologies, LLC ("Dynamic"), on the one hand, and defendant PetSmart, Inc. ("PetSmart"), on the other, have agreed to dismiss the claims, counterclaims, and causes of action between them with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

The parties shall bear their own attorneys' fees, expenses and costs.

Dated: February 25, 2019

By: */s/ James M. Lennon*
Robert Kiddie
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
James M. Lennon (to be admitted pro hac vice)
jlennon@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Dynamic Applet Technologies, LLC*

Respectfully submitted,

By: */s/ Lance Wyatt*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Lance Wyatt
wyatt@fr.com
Texas Bar No. 24093397
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128
Michael A. Vincent
Texas Bar No. 24105738
vincent@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

*Attorneys for Defendant PetSmart, Inc.*

**CERTIFICAET OF SERVICE**

    I hereby certify that on February 25, 2019, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                                /s/ *James M. Lennon*
                                                James M. Lennon