# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DYNAMIC APPLET TECHNOLOGIES, LLC,** | § § § § | |
| Plaintiff, | § § | Civil Action No.: 4:17-cv-00860 (LEAD) |
| v. | § § | 4:17-cv-00862 (CONSOLIDATED) |
| **URBAN OUTFITTERS, INC.,** | § § § | |
| Defendant. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 23, 2019, the report of the Magistrate Judge (the "Report") (Dkt. #131) was entered, containing proposed findings of fact and recommendations that the parties' Joint Motion to Dismiss (Dkt. #130) be granted. *See id*. Plaintiff Dynamic Applet Technologies, LLC ("Plaintiff") and Defendant Urban Outfitters, Inc. ("Defendant") are the only remaining parties in this matter.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss (Dkt. #130) is **GRANTED**, and this entire action, and all of the claims asserted therein, is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 13th day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE